PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) |
|---|
| 05-30072-001 |

| DOCKET NUMBER (Rec. Court) |
|---|
| 0:19-CR-00024-001 (JRT) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Adam G. Townsend<br>4735 Aldrich Avenue North<br>Minneapolis, MN 55430 | Central | Springfield |

| NAME OF SENTENCING JUDGE |
|---|
| Jeanne E. Scott |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 02/01/2019 | 01/31/2027 |

**OFFENSE**
(Count 1) Distribution of at Least 5 Grams of Cocaine Base ("Crack") and (Count 2) Illegal Possession of Firearm by Felon

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___CENTRAL___ DISTRICT OF ___ILLINOIS___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Minnesota___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___1/15/19___  ___[signature]___
Date    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___MINNESOTA___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___June 6, 2019___    ___s/John R. Tunheim___
Effective Date    Honorable John R. Tunheim, Chief *United States District Judge*